*State, Respondent, v. Walker, Petitioner*, No. 93783-4. Petition for review of a decision of the Court of Appeals, No. 73440-7-I, September 6, 2016, 195 Wn. App. 1058. *Denied* February 8, 2017.

*Orozco, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 93796-6. Petition for review of a decision of the Court of Appeals, No. 33808-8-III, September 22, 2016, 196 Wn. App. 1006. *Denied* February 8, 2017.

*Cent. Puget Sound Reg'l Transit Auth., Respondent, v. Sternoff LP et al., Petitioners*, No. 93913-6. Petition for review of a decision of the Court of Appeals, No. 75372-0-I, November 7, 2016, 196 Wn. App. 1050. *Denied* February 8, 2017.

State, Respondent, v. Stands, Petitioner, No. 93776-1. Petition for review of a decision of the Court of Appeals, No. 46791-7-II, September 15, 2016. *Denied* February 8, 2017.

*State, Respondent, v. Wences, Petitioner*, No. 93605-6. Petition for review of a decision of the Court of Appeals, No. 73333-8-I, July 25, 2016, 195 Wn. App. 1013. *Granted* February 9, 2017.

*Killian et al., Petitioners, v. Seattle Pub. Schs., Defendant, Int'l Union of Operating Eng'rs, Local 609-A, Respondent*, No. 93655-2. Petition for review of a decision of the Court of Appeals, No. 74024-5-I, August 22, 2016, 195 Wn. App. 511. *Granted* February 9, 2017.

*Clark et al., Petitioners, v. Teng et al., Respondents*, No. 93549-1. Petition for review of a decision of the Court of Appeals, No. 73125-4-I, June 27, 2016, 195 Wn. App. 482. *Denied* February 9, 2017.